UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　Respondent. | No. 23-1767 |

### WORKERS UNITED'S MOTION FOR LEAVE TO INTERVENE IN SUPPORT OF PETITIONER NATIONAL LABOR RELATIONS BOARD

Pursuant to Federal Rule of Appellate Procedure 15(d), Workers United moves for leave to intervene in partial support of Petitioner National Labor Relations Board's (NLRB) Petition to Enforce. Counsel for Workers United has contacted counsel for Petitioner NLRB and Respondent Starbucks Corporation. Counsel for the NLRB have stated they do not oppose this motion. As of the time of this motion's filing, counsel for Respondent has not indicated whether or not it opposes the request to intervene.

Workers United's interest in this case is that it is the certified bargaining representative of a unit of employees employed by Respondent Starbucks, and was the successful charging party in the NLRB proceedings under review. As a

successful charging party before the NLRB, Workers United is entitled to intervene in this proceeding for enforcement of the NRLB's decision under *International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO v. Scofield*, 382 U.S. 205, 86 S.Ct. 373 (1965). *See also, Air Line Pilots Ass'n v. NLRB,* 525 F.3d 862, 863 (9th Cir. 2008) ("The NLRB petitions for enforcement of its Order. ABX Air, Inc., the charging party before the NLRB, intervenes in this appeal as a matter of right.")

Workers United therefore requests that this Court grant its motion for leave to intervene in support of Petitioner NLRB.

Respectfully submitted this 21st day of September, 2023.

/s David P. Lichtman
DOWD, BLOCH, BENNETT, CERVONE
  AUERBACH & YOKICH, LLP.
8 S. Michigan Avenue, 19th Floor
Chicago, IL 60603
T: (312) 372-1361
F: (312) 372-1365
dlichtman@laboradvocates.com

*Attorney for Workers United*

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2023, I filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for Sixth Circuit by via the appellate CM/ECF system. I certify that the foregoing document was served on counsel of record for all parties through the appellate CM/ECF system.

*/s/ David P. Lichtman*