UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-1767**

Case Title: **National Labor Relations Board** vs. **Starbucks Corporation**

List all clients you represent in this appeal:

**Workers United**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☑ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David P. Lichtman**   Signature: s/ **David P. Lichtman**

Firm Name: **Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich, LLP**

Business Address: **8 South Michigan Ave., 19th Floor**

City/State/Zip: **Chicago, IL 60603**

Telephone Number (Area Code): **(312) 372-1361**

Email Address: **dlichtman@laboradvocates.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |