No. 23-1767

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Oct 5, 2023
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) |
| Petitioner, | ) |
| WORKERS UNITED, | ) |
| Intervenor, | ) |
| v. | )  O R D E R |
| STARBUCKS CORPORATION, | ) |
| Respondent. | ) |

In this petition to enforce, the charging party in the administrative proceedings, Workers United, moves for leave to intervene in support of the National Labor Relations Board.

The motion to intervene is **GRANTED**. The caption is amended as shown above. Pursuant to and consistent with the mechanics of Sixth Circuit Rule 34(e), any determinations regarding oral argument, including time allotted, if any, to the intervenor are reserved to the ultimate merits panel.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk